UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| THOMAS BROWN | CASE NO. 6:20-CV-01308 |
| VERSUS | JUDGE ROBERT R. SUMMERHAYS |
| GEICO CASUALTY CO. | MAGISTRATE JUDGE HANNA |

**JUDGMENT**

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and noting the absence of objections filed, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, consistent with the report and recommendation, Plaintiff's Motion to Remand (Rec. Doc. 6) is DENIED.

Signed at Lafayette, Louisiana, this 15th day of December, 2020.

_____
ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE